# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorr, Richard E. | US District Court Western District of MO | 7/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US District Court | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☐ Final<br>5b. ☑ Amended Report | 1/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

222 John Q. Hammons Parkway
Suite 3100
Springfield, MO 65806

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Account | A | Int./Div. | K | T | | | | | |
| 2. Signature Bank CD (X) | A | Interest | | | Redeemed | 02/29/11 | J | B | |
| 3. BROKERAGE ACCOUNT #1 Edward Jones | | | | | | | | | |
| 4. -O'Reilly Automotive (ORLY) Common Stock | | None | O | T | | | | | |
| 5. -SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 6. -Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 7. -Great Southern Bank (GSBC) Comm Stk | B | Dividend | L | T | Buy | 01/07/11 | J | | |
| 8. | | | | | Buy | 04/13/11 | J | | |
| 9. | | | | | Buy | 7/13/11 | J | | |
| 10. | | | | | Buy | 10/13/11 | J | | |
| 11. -Guaranty Fed Bancshares Inc (GFED) Comm Stk | | None | J | T | | | | | |
| 12. USAA Investment Mgmt Co. IRA | C | Dividend | M | T | | | | | |
| 13. -USAA GNMA Trust | | | | | | | | | |
| 14. -USAA High-Yield Opportunities Fund | | | | | | | | | |
| 15. -USAA Income Fund | | | | | | | | | |
| 16. -USAA Income Stk Fund | | | | | | | | | |
| 17. -USAA S & P 500 Index Fund Member Shares | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -USAA Short-Term Bond Fund | | | | | | | | | |
| 19. Central Trust and Investment Co CONDUIT IRA | E | Dividend | O | T | | | | | |
| 20. -CASH EQUIVALENTS | | | | | | | | | |
| 21. --Federated Prime Obligations | | | | | | | | | |
| 22. -FIXED INCOME FUNDS | | | | | | | | | |
| 23. --Fed Total Return Bond | | | | | Sold (part) | 03/09/11 | J | A | |
| 24. --Pimco Foreign Bond-Unhedged | | | | | Sold (part) | 03/09/11 | K | B | |
| 25. --Vanguard Inflation Protected | | | | | Sold (part) | 03/09/11 | L | C | |
| 26. -- Federated High Yield Bond | | | | | Sold (part) | 03/09/11 | J | B | |
| 27. --Vanguard Short-Term Inv Grade | | | | | Sold (part) | 03/09/11 | K | B | |
| 28. -- Vanguard Int-Term Inv Grade | | | | | Sold (part) | 03/09/11 | J | A | |
| 29. --VGD GNMA | | | | | Sold | 03/09/11 | K | A | |
| 30. -EQUITY MUTUAL FUNDS | | | | | | | | | |
| 31. --VGD Dev Mkt Index | | | | | Sold (part) | 03/09/11 | K | D | |
| 32. --Vanguard Inst Index FD Inst Shrs (fmly Vanguard 500 Index) | | | | | Buy | 03/09/11 | J | | |
| 33. --DFA US Micro Cap | | | | | Sold (part) | 03/09/11 | J | | |
| 34. -- DFA US Sml Cap | | | | | Sold (part) | 03/09/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- DFA US Sml Cap Val | | | | | Sold (part) | 03/09/11 | J | A | |
| 36. -- DFA US Large Cap Val | | | | | Sold (part) | 03/09/11 | K | | |
| 37. --DFA Intl Val | | | | | Sold (part) | 03/09/11 | K | D | |
| 38. -- DFA Intl Smcap Val | | | | | Sold (part) | 03/09/11 | K | | |
| 39. -- DFA Intl Sml CO | | | | | Sold (part) | 03/09/11 | K | A | |
| 40. -- DFA EMERG MKTS VAL | | | | | Buy | 03/09/11 | J | | |
| 41. | | | | | Sold | 11/29/11 | K | | |
| 42. --DFA EMERG MKTS | | | | | Buy | 03/09/11 | J | | |
| 43. | | | | | Sold | 11/29/11 | K | | |
| 44. --DFA Emerg Mkts Small Cap | | | | | Buy | 03/09/11 | J | | |
| 45. | | | | | Sold | 11/29/11 | K | C | |
| 46. --Pimco Commodity Real Return | | | | | Buy | 03/09/11 | K | | |
| 47. -- Northern Global Real Estate | | | | | Buy | 03/09/11 | J | | |
| 48. -- Vanguard Growth Index | | | | | Sold (part) | 03/09/11 | J | A | |
| 49. -- AQR Diversified Arbitrage FD 1 | | | | | Buy | 03/09/11 | L | | |
| 50. -- Eaton Vance Global Macro Absolute Return | | | | | Buy | 03/09/11 | L | | |
| 51. -- MFS Emerging Markets Debt | | | | | Buy | 03/09/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Third Avenue Focused Credit Fund | | | | | Buy | 03/09/11 | K | | |
| 53. -- Eaton Vance Floating Rate HI Income Fund | | | | | Buy | 03/09/11 | L | | |
| 54. -- DFA Emerging Markets Core Equity Portfolio | | | | | Buy | 11/29/11 | L | | |
| 55. Ozark National Ordinary Life Ins. Policy | A | Int./Div. | J | T | | | | | |
| 56. Central Trust and Investment Co Revocable Trust #1 | A | Dividend | K | T | | | | | |
| 57. - Cash Equivalents | | | | | | | | | |
| 58. -- Federated Prime Obligations | | | | | | | | | |
| 59. - Fixed Income Funds | | | | | | | | | |
| 60. -- Federated Total Return Bond | | | | | Sold (part) | 03/09/11 | J | A | |
| 61. | | | | | Sold (part) | 03/30/11 | J | A | |
| 62. | | | | | Sold | 03/31/11 | J | A | |
| 63. --Federated High Yield Bond | | | | | Sold (part) | 03/09/11 | J | A | |
| 64. | | | | | Sold (part) | 03/30/11 | J | A | |
| 65. | | | | | Sold | 03/31/11 | J | A | |
| 66. --Federated Ultra-Short Bond | | | | | Sold (part) | 03/09/11 | J | A | |
| 67. | | | | | Sold | 03/31/11 | J | A | |
| 68. -- Pimco Foreign Bond-Unhedged | | | | | Sold (part) | 03/09/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 03/30/11 | J | A | |
| 70. -- Vanguard GNMA | | | | | Sold (part) | 03/09/11 | J | | |
| 71. | | | | | Sold | 03/31/11 | J | A | |
| 72. -- Vanguard Inflation Protected | | | | | Sold (part) | 03/09/11 | J | A | |
| 73. | | | | | Sold (part) | 03/30/11 | J | A | |
| 74. | | | | | Sold | 03/31/11 | J | A | |
| 75. --Vanguard Sht-Term Inv Grade | | | | | Sold (part) | 03/09/11 | J | | |
| 76. | | | | | Sold (part) | 03/30/11 | J | | |
| 77. | | | | | Sold | 03/31/11 | J | A | |
| 78. --Vanguard Int-Term Inv Grade | | | | | Sold (part) | 03/09/11 | J | | |
| 79. | | | | | Sold (part) | 03/30/11 | J | A | |
| 80. | | | | | Sold | 03/31/11 | J | A | |
| 81. -Equity Mutual Funds | | | | | | | | | |
| 82. --DFA US Micro Cap | | | | | Sold (part) | 03/09/11 | J | A | |
| 83. | | | | | Sold (part) | 03/30/11 | J | A | |
| 84. | | | | | Sold | 3/31/11 | J | A | |
| 85. --DFA Intl Sml CO | | | | | Sold (part) | 03/30/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/31/11 | J | A | |
| 87. --DFAIntl SM CAP Val | | | | | Sold (part) | 03/09/11 | J | A | |
| 88. | | | | | Sold (part) | 03/30/11 | J | A | |
| 89. | | | | | Sold | 03/31/11 | J | A | |
| 90. --DFA US SM CAP VAL | | | | | Sold (part) | 03/09/11 | J | A | |
| 91. | | | | | Sold (part) | 03/30/11 | J | A | |
| 92. | | | | | Sold | 03/31/11 | J | A | |
| 93. --DFA US LARGE CAP VAL | | | | | Sold (part) | 03/30/11 | J | A | |
| 94. | | | | | Sold | 03/31/11 | J | A | |
| 95. --DFA US SML CAP | | | | | Sold (part) | 03/30/11 | J | A | |
| 96. | | | | | Sold | 03/31/11 | J | A | |
| 97. --DFA INTL VALUE | | | | | Sold (part) | 3/09/11 | J | A | |
| 98. | | | | | Sold (part) | 3/30/11 | J | A | |
| 99. | | | | | Sold | 3/31/11 | J | | |
| 100. --DFA Emerging Mkt Value | | | | | Sold (part) | 3/9/11 | J | A | |
| 101. | | | | | Sold (part) | 3/30/11 | J | A | |
| 102. | | | | | Sold | 3/31/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --DFA Emerging Mkts | | | | | Sold (part) | 3/09/11 | J | A | |
| 104. | | | | | Sold | 3/31/11 | J | A | |
| 105.  --VGD Developed Mkt Index | | | | | Sold (part) | 3/09/11 | J | A | |
| 106. | | | | | Buy | 3/30/11 | J | | |
| 107. | | | | | Sold | 3/31/11 | J | A | |
| 108.  -- Vanguard Institutional Index Fund | | | | | Buy | 3/09/11 | J | | |
| 109. | | | | | Sold (part) | 3/30/11 | J | | |
| 110. | | | | | Sold | 3/31/11 | J | A | |
| 111.  -- Pimco Commodity Real Return | | | | | Buy | 3/09/11 | J | | |
| 112. | | | | | Sold (part) | 3/30/11 | J | A | |
| 113. | | | | | Sold | 3/31/11 | J | A | |
| 114.  -- Northern Global Real Estate | | | | | Sold (part) | 3/30/11 | J | A | |
| 115. | | | | | Sold | 3/31/11 | J | A | |
| 116.  -- Vanguard Growth Index | | | | | Sold | 3/31/11 | J | A | |
| 117.  -- AQR Diversified Arbitrage Fund | | | | | Buy | 3/09/11 | J | | |
| 118. | | | | | Sold (part) | 3/30/11 | J | | |
| 119. | | | | | Sold | 3/31/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- AQR Momentum Fund | | | | | Buy | 3/09/11 | J | | |
| 121. | | | | | Sold (part) | 3/30/11 | J | A | |
| 122. | | | | | Sold | 3/31/11 | J | A | |
| 123. -- AQR Small Cap Momentum Fund | | | | | Buy | 3/09/11 | J | | |
| 124. | | | | | Buy | 3/30/11 | J | | |
| 125. | | | | | Sold | 3/31/11 | J | A | |
| 126. -- DFA Emerging Markets Core Equity | | | | | Buy | 3/09/11 | J | | |
| 127. | | | | | Sold (part) | 3/30/11 | J | A | |
| 128. | | | | | Sold | 3/31/11 | J | A | |
| 129. -- Eaton Vance Global Macro Absolute Return | | | | | Buy | 3/09/11 | J | | |
| 130. | | | | | Sold | 3/30/11 | J | | |
| 131. -- Loomis Sayles Global Bond Fund | | | | | Buy | 3/09/11 | J | | |
| 132. | | | | | Sold | 3/31/11 | J | A | |
| 133. -- MFS Emerging Markets Debt | | | | | Buy | 3/09/11 | J | | |
| 134. | | | | | Sold | 3/30/11 | J | A | |
| 135. | | | | | Sold | 3/31/11 | J | A | |
| 136. -- Managers Fixed Income Fund | | | | | Buy | 3/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 3/30/11 | J | A | |
| 138. | | | | | Sold | 3/31/11 | J | A | |
| 139.  -- Pimco Total Return Fund | | | | | Buy | 3/09/11 | J | | |
| 140. | | | | | Sold (part) | 3/30/11 | J | | |
| 141. | | | | | Sold | 3/31/11 | J | A | |
| 142.  -- Third Avenue Focused Credit Fund | | | | | Buy | 3/09/11 | J | | |
| 143. | | | | | Sold (part) | 3/30/11 | J | | |
| 144. | | | | | Sold | 3/31/11 | J | | |
| 145.  -- Eaton Vance Floating Rate HI Income Fund | | | | | Buy | 3/09/11 | J | | |
| 146. | | | | | Sold (part) | 3/30/11 | J | | |
| 147. | | | | | Sold | 3/31/11 | J | | |
| 148.  Central Trust and Investment Company Trust #2 | A | Interest | O | T | | | | | |
| 149.  -Cash and Equivalents | | | | | | | | | |
| 150.  -- Goldman Sachs Treasury Obligation #468 (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 7/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard E. Dorr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544